AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

10-m-291 (DRH)

### MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 4:08-CR-296 |
| | (Judge McClure) |
| James Brown | |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   James Brown

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   Information   Complaint   Order of Court   Violation Notice   Probation Violation Petition

charging him/her with: Escape

in Violation of 21 United States Code Section 751(a).

Mary E. D'Andrea
Name of Issuing Officer

By: Cindy L. Hitesman, deputy clerk
Signature of Issuing Officer or Deputy Clerk

Clerk of Court
Title of Issuing Officer

September 9, 2008 at Williamsport, Pennsylvania
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

___Middle___ DISTRICT OF ___Pennsylvania___

UNITED STATES OF AMERICA
v.
JAMES BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08-mj-69

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 10, 2008__ in __Union__ county, in the __Middle__ District of __Pennsylvania__ defendant did, (Track Statutory Language of Offense)

knowingly, and, unlawfully escape from the custody of the Bureau of Prisons.

in violation of Title ___18___ United States Code, Section(s) __751(a)(1)__

I further state that I am a __Deputy U.S. Marshal with the U.S. Marshal's Service__, and that this complaint is based on the following facts:

Official Title

See attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_William M. Pugh, Deputy U.S. Marshal_

Sworn to before me and subscribed in my presence,

__July__ , __2008__  at __Williamsport, Pennsylvania__
Date                                          City and State

John E. Jones III
United States District Judge
Name & Title of Judicial Officer

Signature of Judicial Officer